WRIGHT & KREMERS, INC., Appellant, *v.* THE STATE OF
NEW YORK, Respondent.  (Claim No. 21683.)

(Argued October 13, 1933; decided January 9, 1934.)

*Robert J. Moore* for appellant.

*John J. Bennett, Jr., Attorney-General (Harold P. Burke* of counsel), for respondent.

Judgment modified by adding thereto the sum of $1,165.25 awarded to plaintiff by the Court of Claims by reason of the State's delay in clearing the site; otherwise, judgment affirmed, without costs. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN. HUBBS and CROUCH, JJ.